PS 8
(Rev 5/10)

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

Filed by the Clerk

U.S.A. vs. Omar Ali Osman        Docket No. 0864 0:21CR00057-008(PAM/HB)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Krystal A. Taylor, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Omar Ali Osman** who was placed under pretrial supervision by the Honorable David T. Schultz, sitting in the Court at Minneapolis on the 17th day of March, 2021, under the following special conditions:

- Pretrial Services Supervision
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness
- Weapons Restriction
- No Excessive Alcohol Use
- No Illegal Use of Controlled Substances
- Substance Abuse Testing
- No Tampering with Substance Abuse Testing
- Report Contact with Law Enforcement

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Though Osman continues to maintain contact with this officer, he failed to appear for random drug testing on May 28, 2021; July 30, 2021; and August 16, 2021. Furthermore, Osman tested positive for marijuana on April 26, 2021; May 7, 2021; May 14, 2021; and positive for cocaine on June 23, 2021. To date, Osman has not completed a substance abuse assessment that this officer is aware of, though he has been encouraged to do so.

The above actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3148.

PRAYING THAT THE COURT WILL ORDER: that Osman's release conditions be modified to include that the defendant shall complete a substance abuse assessment within 30 days and participate in a program of inpatient or outpatient substance abuse therapy and counseling if the supervising officer considers it advisable.

All other conditions of release as previously ordered shall remain in effect.

The government and defendant counsel were advised of the proposed modification and no opposition to this proposed modification has been received.

Petition for Action on Conditions of Pretrial Release   RE: Omar Ali Osman
Page 2

ORDER OF THE COURT

Considered and ordered this 25th day of August, 2021, and ordered filed and made a part of the records in the above case.

_____
Honorable Hildy Bowbeer
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Krystal A. Taylor
_____
Krystal A. Taylor
U.S. Probation Officer
612-664-5352

Executed on    August 23, 2021

Place          Minneapolis
Approved:

s/Nicole Smith
_____
Nicole Smith
Supervising U.S. Probation Officer