UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-CR-57

UNITED STATES OF AMERICA,

        Plaintiff,

v.

(1) SEALED
(2) ELIFFA HENRY KINYAIYA
(3) VARBAR B. KANNEH
(4) ESKENDER M. YOUSUF
(5) ZELDA LIBERTY RUSSELL
(6) SEALED
(7) HODAN ABDI HASHI
(8) OMAR ALI OSMAN, and
(9) UBAH HASSAN HAGI

        Defendant.

**NOTICE OF APPEARANCE**

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Jordan L. Sing

Dated: September 16, 2021

Respectfully submitted,

W. ANDERS FOLK
Acting United States Attorney

*s/Jordan L. Sing*

BY:  JORDAN L. SING
Assistant U.S. Attorney
Attorney ID No. 0393084