# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                            *Plaintiff,*

v.                                          Case No. 0:21–cr–00057–PAM–HB(Dft 8)

Omar Ali Osman,

                            *Defendant.*

## ARREST WARRANT

To:   Any authorized law enforcement officer

     ***YOU ARE COMMANDED*** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Omar Ali Osman,

who is accused of an offense or violation based on the following document filed with the court:  ( ) Order of Court   ( ) Indictment   ( ) Superseding Indictment   ( ) Information   ( ) Superseding Information   ( ) Complaint   ( ) Probation Violation Petition   ( ) Supervised Release Violation Petition   ( X ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Pretrial Release

Date:     December 10, 2021

                                                           Kate M. Fogarty, Clerk of Court

City and state:   Minneapolis, MN

                                                           *Printed name and title*

### Return

This warrant was received on *(date)* ─────── , and the person was arrested on *(date)* ───────

at *(city and state)* ───────────────────────────── .

Date: ─────────────

                                                           *Arresting officer's signature*

                                                           *Printed name and title*

*This second page contains personal identifiers provided for law−enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.*

*(Not for Public Disclosure)*

Name of defendant/offender: __Omar Ali Osman__

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may stll have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____      Weight: _____

Sex: _____      Race: _____

Hair: _____      Eyes: _____

Scar, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____