# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL**<br>BEFORE: JOHN F. DOCHERTY<br>U.S. MAGISTRATE JUDGE |
| Plaintiff, | |
| v. | Case No: 21-cr-57 PAM/HB<br>Date: December 17, 2021<br>Video Conference<br>Court Reporter: Renee Rogge |
| Omar Ali Osman(8), | |
| Defendant. | Time Commenced: 10:05 a.m.<br>Time Concluded: 10:58 a.m.<br>Time in Court: 53 minutes |

X **BOND REVOCATION HRG**          X **DETENTION HRG**

Time in Court Bond Rev/Det: 40 minutes/13 minutes

APPEARANCES:
   Plaintiff: Angela Munoz, Assistant U.S. Attorney
   Defendant: Kevin DeVore
               X Retained

On   Violation of   X **Pre-trial Release**

X Deft Ordered Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota.

Additional Information:
X Defendant consents to this hearing via video conference.

Government's exhibit 1 received.
Krystal Taylor testified.
 Sherehan Hasson testified.

                                                                    s/JAM_____
                                                                    Signature of Courtroom Deputy